EMIL GREEFF et al., Appellants, *v.* EMIL DIECKERHOFF et al., Respondents.

(Submitted October 15, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made February 4, 1889, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Ira D. Warren* for appellants.

*Blumenstiel & Hirsch* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

THE POST-EXPRESS PRINTING COMPANY, Respondent, *v.* STEPHEN COURSEY, Appellant.

(Argued October 20, 1890; decided October 28, 1890.)

MOTION to dismiss appeal.

*Hunn & Ellwanger* for motion.

*George L. Bachman* opposed.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.